UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| RAMADASA JIVATMA,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No.  3:10-CV-05737-JRC<br><br>ORDER AMENDING THE SCHEDULING ORDER |

Based upon the motion by Defendant (ECF No. 14) and with agreement of Plaintiff, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall file a response to Plaintiff's Opening Brief on or before April 1, 2011;
- Plaintiff shall file the optional Reply Brief on or before April 15, 2011; and
- Oral argument, if desired, shall be requested by April 22, 2011.

DATED this 22nd day of February 2011.

*/s/ J. Richard Creatura*
J. Richard Creatura
United States Magistrate Judge

Page 1        ORDER - [3:10-CV-05737-JRC]